IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAUNA SHREWSBERY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3143 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AMERITAS LIFE INSURANCE CORP., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The motion to withdraw filed by Jeffery R. Kirkpatrick, (filing no. 12), is granted. Mr. Kirkpatrick shall promptly mail a copy of this order to the plaintiff, and file a certificate of service (which includes the plaintiff's address and the date and manner of service) stating he has done so.

2. The plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on her behalf; or (2) file a statement informing the court of her intent to proceed in this case without counsel. If neither of these actions is taken within the next 20 days, this case will be subject to dismissal.

DATED this 7th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge